IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KUATEZ LEWIS,                 )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:17cv33-MHT
                              )          (WO)
J.B. BOLTON and WALLACE       )
MILLS,                        )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the legality of his arrest and the representation he received from his court-appointed lawyer.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice, except for those claims challenging the fundamental legality of his 2013 convictions, which the magistrate judge recommends be dismissed without prejudice.    There    are    no    objections    to    the recommendation.    After    an    independent    and    de    novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of February, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE