IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KUATEZ LEWIS,            )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>J.B. BOLTON and WALLACE   )<br>MILLS,                    )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>2:17cv33-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) Plaintiff's claims challenging the constitutionality of his arrest on February 8, 2013 and his claims against defendant Wallace Mills are dismissed with prejudice.

(3) Plaintiff's claims which go to the fundamental legality of his 2013 convictions in the Circuit Court

of Montgomery County, Alabama for attempted kidnapping, attempted rape and third degree robbery are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of February, 2017.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE